273 F.2d 416
 John C. WEBB and Helen H. Webb, Appellants,
v.
UNITED STATES of America, Appellee.
 No. 7999.
 United States Court of Appeals Fourth Circuit.
 Argued Jan. 13, 1960.
Decided Jan. 18, 1960.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore; W. Calvin Chesnut, Judge.
 John C. Webb, pro se.
 Hugh Nugent, Atty., Dept. of Justice, Washington, D.C. (Perry W. Morton, Asst. Atty. Gen., Leon ,H. A. Pierson, U.S. Atty., Baltimore, Md., and S. Billingsley Hill, Atty., Dept. of Justice, Washington, D.C., on brief), for appellee.
 Before SOPER, HAYNSWORTH and BOREMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed upon the opinion of the District Court, United States v. 72.71 Acres of Land, etc., 23 F.R.C. 635.
 
 
 2
 Affirmed.